(1994) (relevance of intent where chattel has been affixed to real property).

It is undisputed that the bleacher from which Blocker fell was not attached to the ground. The bleacher was, therefore, personalty, and any negligent maintenance of it did not fall within the real property exception to immunity. Commonwealth Court, in holding to the contrary, erred.

Order reversed.

SAYLOR, J., concurs in the result.

763 A.2d 376

**JEFFERSON COUNTY, a Political Subdivision of the Commonwealth of Pennsylvania, and the County Commissioners Association of Pennsylvania**

v.

**The COURT OF COMMON PLEAS OF JEFFERSON COUNTY, Pennsylvania, the 54th Judicial District.**

**Appeal of the County Commissioners Association of Pennsylvania.**

**Jefferson County, a Political Subdivision of the Commonwealth of Pennsylvania, and the County Commissioners Association of Pennsylvania**

v.

**The Court of Common Pleas of Jefferson County, Pennsylvania, The 54th Judicial District.**

**Appeal of the Jefferson County Commissioners.**

Supreme Court of Pennsylvania.

Dec. 20, 2000.

Jeffrey Lundy, Lukehart & Lundy, Punxsutawney, for Jefferson County.

Anthony T. McBeth, Robert L. Knupp, Knupp & Kodak, P.C., Harrisburg, for County Com'rs Ass'n of Pa.

Maryellen Gallagher, Philadelphia, for CCP Jefferson County.

## ORDER

PER CURIAM:

**AND NOW,** this 20th day of December, 2000, the order of the Commonwealth Court is affirmed.

763 A.2d 386

**Lawrence J. HARRINGTON, III, Appellee,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.**

Supreme Court of Pennsylvania.

Submitted Dec. 3, 1999.

Decided Dec. 22, 2000.